FEDERAL OIL AND DEVELOPMENT COMPANY v.
PETROLEUM MAATSCHAPPIJ SALT CREEK.

(No. 669.)

APPEAL AND ERROR—WHEN PROCEEDING IN ERROR DEEMED COM-
MENCED.

1. A proceeding in error is not commenced by filing a petition
   in error, without causing summons in error to be issued,
   where the issuance and service of summons is not waived,
   and a motion to dismiss a proceeding in error because not.
   commenced within the time allowed by law for commencing
   such proceeding must be granted, where no precipe for
   summons in error was filed or summons issued within that
   time, and the issuance and service of summons was not
   waived although a petition in error was filed within the
   time allowed.

[Decided May 31, 1911.]                    (115 Pac. 1135.)

ERROR to the District Court, Natrona County, HON.
CHARLES E. CARPENTER, Judge.

Heard on motion to dismiss.

*William H. Martz, Fred J. Lobell,* and *William E. Hardin,*
for plaintiff in error.

*Gibson Clark, William A. Riner,* and *John D. Clark,* for
defendant in error.

In the brief filed in support of the motion to dismiss, the
same points were made and authorities cited as in the case
of Lobell v. Stock Oil Co. (No. 668).

BEARD, CHIEF JUSTICE.

The defendant in error has filed a motion to dismiss the
proceeding in error for the reason that such proceeding
was not commenced within the time allowed by law. This
case is identical with the case of Lobell v. Stock Oil Co.,
decided at the present term, 115 Pac. 69. Following the
decision in that case, the motion to dismiss is granted and
the proceeding in error dismissed.          *Dismissed.*

POTTER, J., concurs.

SCOTT, J., not sitting.